AJR,CJRA_C,PMF

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:14-cv-00430-SMY-PMF

McGrew et al v. Howmedica Osteonics Corp.
Assigned to: Judge Staci M. Yandle
Referred to: Magistrate Judge Philip M. Frazier
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 04/11/2014
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carol McGrew**    represented by   **David W. Zoll**
Zoll, Kranz & Borgess LLC
6620 West Central Avenue
Suite 200
Toledo, OH 43617
419-841-9623
Fax: 419-841-9719
Email: david@toledolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G O'Brien**
Zoll, Kranz & Borgess LLC
6620 West Central Avenue
Suite 200
Toledo, OH 43617
419-841-9623
Fax: 419-841-9719
Email: jim@toledolaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyllis Ann Good**    represented by   **David W. Zoll**
*TERMINATED: 01/13/2015*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Day**    represented by   **David W. Zoll**
*TERMINATED: 01/13/2015*           (See above for address)
*LEAD ATTORNEY*

                        *ATTORNEY TO BE NOTICED*

                        **James G O'Brien**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terri Lyn Day**  represented by **David W. Zoll**
*TERMINATED: 01/13/2015*                  (See above for address)
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

                        **James G O'Brien**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Jaeger**  represented by **David W. Zoll**
*TERMINATED: 01/13/2015*                  (See above for address)
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

                        **James G O'Brien**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Jaeger**  represented by **David W. Zoll**
*TERMINATED: 01/13/2015*                  (See above for address)
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

                        **James G O'Brien**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Kaspers**  represented by **David W. Zoll**
*TERMINATED: 01/13/2015*                  (See above for address)
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

                        **James G O'Brien**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jackie Parks**  represented by **David W. Zoll**
*TERMINATED: 01/13/2015*                  (See above for address)
                        *LEAD ATTORNEY*

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **James G O'Brien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Steven Parks**<br>*TERMINATED: 01/13/2015* | represented by | **David W. Zoll**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James G O'Brien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Pepke**<br>*TERMINATED: 01/13/2015* | represented by | **David W. Zoll**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James G O'Brien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tara Pepke**<br>*TERMINATED: 01/13/2015* | represented by | **David W. Zoll**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James G O'Brien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Donna Zaretzska**<br>*TERMINATED: 01/13/2015* | represented by | **David W. Zoll**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James G O'Brien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Angela Moneymaker**<br>*TERMINATED: 01/13/2015* | represented by | **David W. Zoll**<br>(See above for address)<br>*LEAD ATTORNEY* |

                                                *ATTORNEY TO BE NOTICED*

                                                **James G O'Brien**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Moneymaker**                   represented by   **David W. Zoll**
*TERMINATED: 01/13/2015*                              (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **James G O'Brien**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Howmedica Osteonics Corp.**             represented by   **Kim M. Catullo**
                                                Gibbons PC
                                                One Pennsylvania Plaza
                                                37th Floor
                                                New York, NY 10119
                                                212-613-2001
                                                Fax: 212-554-9650
                                                Email: kcatullo@gibbonslaw.com
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Paul E. Asfendis**
                                                Gibbons PC
                                                One Pennsylvania Plaza
                                                37th Floor
                                                New York, NY 10119
                                                212-613-2067
                                                Fax: 212-290-2018
                                                Email: pasfendis@gibbonslaw.com
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **W. Jason Rankin**
                                                HeplerBroom LLC - Edwardsville
                                                130 North Main Street
                                                P.O. Box 510
                                                Edwardsville, IL 62025
                                                618-307-1138
                                                Fax: 618-656-1364

Email: wjr@heplerbroom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2014 | 1 | Case Opened. Documents may now be electronically filed. Case number 14-430-DRH-PMF must be placed on all documents prior to filing them electronically. (Attachments: # 1 Consent to Magistrate Judge)(tkm ) (Entered: 04/11/2014) |
| 04/11/2014 | 2 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0754-2255939.), filed by Donald Moneymaker, Angela Moneymaker, William Jaeger, Tara Pepke, Phyllis Ann Good, Terri Lyn Day, Colleen Jaeger, Steven Parks, Jackie Parks, Carol McGrew, Donna Zaretzska, Stephen Pepke, Rebecca Kaspers, Thomas Day. (Attachments: # 1 Civil Cover Sheet)(Zoll, David) (Entered: 04/11/2014) |
| 04/14/2014 | 3 | NOTICE of Appearance by James G O'Brien on behalf of All Plaintiffs (O'Brien, James) (Entered: 04/14/2014) |
| 04/14/2014 | 4 | Summons Issued as to Howmedica Osteonics Corp. (jlrr ) (Entered: 04/14/2014) |
| 04/14/2014 | 5 | MOTION to Appear Pro Hac Vice by AttorneyDavid W. Zoll $100 fee paid,receipt number 0754-2257560 by on behalf of Terri Lyn Day, Thomas Day, Phyllis Ann Good, Colleen Jaeger, William Jaeger, Rebecca Kaspers, Carol McGrew, Angela Moneymaker, Donald Moneymaker, Jackie Parks, Steven Parks, Stephen Pepke, Tara Pepke, Donna Zaretzska. (Zoll, David) (Entered: 04/14/2014) |
| 04/15/2014 | 6 | ORDER granting 5 Motion to Appear Pro Hac Vice for attorney David Zoll on behalf of Terri Lyn Day, Thomas Day, Phyllis Ann Good, Colleen Jaeger, William Jaeger, Rebecca Kaspers, Carol McGrew, Angela Moneymaker, Donald Moneymaker, Jackie Parks, Steven Parks, Stephen Pepke, Tara Pepke and Donna Zaretzska on 4/15/2014. (tkm )THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 04/15/2014) |
| 04/16/2014 | 7 | Summons Reissued as to Howmedica Osteonics Corp. (anm) (Entered: 04/16/2014) |
| 04/24/2014 | 8 | SUMMONS Returned Executed by Donald Moneymaker, Angela Moneymaker, William Jaeger, Tara Pepke, Phyllis Ann Good, Terri Lyn Day, Colleen Jaeger, Steven Parks, Jackie Parks, Carol McGrew, Donna Zaretzska, Stephen Pepke, Rebecca Kaspers, Thomas Day. All Defendants. (O'Brien, James) (Entered: 04/24/2014) |
| 05/05/2014 | 9 | MOTION for Extension of Time to File Answer by Howmedica Osteonics Corp.. (Rankin, W.) (Entered: 05/05/2014) |
| 05/05/2014 | 10 | NOTICE of Appearance by W. Jason Rankin on behalf of Howmedica |

| | | |
|---|---|---|
| | | Osteonics Corp. (Rankin, W.) (Entered: 05/05/2014) |
| 05/06/2014 | 11 | ORDER granting 9 Motion for Extension of Time to Answer. A responsive pleading is now due from Howmedica Osteonics Corp. by 6/9/2014. Signed by Magistrate Judge Philip M. Frazier on 5/6/2014. (kls)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/06/2014) |
| 06/09/2014 | 12 | ANSWER to 2 Complaint, by Howmedica Osteonics Corp..(Rankin, W.) (Entered: 06/09/2014) |
| 06/09/2014 | 13 | MOTION to Sever *Plaintiffs and Transfer Venue* by Howmedica Osteonics Corp.. (Rankin, W.) (Entered: 06/09/2014) |
| 06/09/2014 | 14 | MEMORANDUM in Support re 13 MOTION to Sever *Plaintiffs and Transfer Venue* filed by Howmedica Osteonics Corp.. (Attachments: # 1 Exhibit A) (Rankin, W.) (Entered: 06/09/2014) |
| 06/10/2014 | 15 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 13 Motion to Sever filed by Howmedica Osteonics Corp. See attached document for specifics (tkm ) (Entered: 06/10/2014) |
| 06/11/2014 | 16 | CJRA TRACK C assigned: Jury Trial is set for the presumptive trial month of December 2015 in East St. Louis Courthouse before Chief Judge David R. Herndon. (Attachments: # 1 Consent to Magistrate Judge)(cekf) (Entered: 06/11/2014) |
| 06/12/2014 | 17 | MOTION to Appear Pro Hac Vice by AttorneyPaul E. Asfendis $100 fee paid,receipt number 0754-2315757 by on behalf of Howmedica Osteonics Corp.. (Asfendis, Paul) (Entered: 06/12/2014) |
| 06/12/2014 | 18 | NOTICE of Scheduling and Discovery Conference: Scheduling/Discovery Conference set for 7/21/2014 9:30 AM via telephone before Magistrate Judge Philip M. Frazier. Counsel for plaintiff is responsible for placing the conference call. The telephone number for the Court is 618-439-7750. Lead counsel must participate in the conference call. (krm) (Entered: 06/12/2014) |
| 06/12/2014 | 19 | ORDER REGARDING DISCOVERY: Discovery disputes which cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner. The party seeking the discovery shall be responsible for arranging for a prompt telephone conference with the Court and opposing counsel, by first contacting Karen Metheney, Courtroom Deputy to Judge Frazier, at 618-439-7754. If written discovery is involved, the disputed portion(s) shall be faxed to the Court prior to the telephone conference. Motions to Compel discovery and/or for appropriate sanctions shall be presented orally at the telephone conference. Written motions to compel or legal memoranda will not be accepted unless specifically requested by the Court. Expense of the call will be borne by the non-prevailing party. Signed by Magistrate Judge Philip M. Frazier on 6/12/2014. (krm) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/12/2014) |
| 06/12/2014 | 20 | MOTION to Appear Pro Hac Vice by AttorneyKim M. Catullo $100 fee |

| | | |
|---|---|---|
| | | paid,receipt number 0754-2316834 by on behalf of Howmedica Osteonics Corp.. (Catullo, Kim) (Entered: 06/12/2014) |
| 06/13/2014 | 21 | ORDER granting 17 Motion to Appear Pro Hac Vice; granting 20 Motion to Appear Pro Hac Vice (msd)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/13/2014) |
| 06/20/2014 | 22 | RESPONSE in Opposition re 13 MOTION to Sever *Plaintiffs and Transfer Venue* filed by Terri Lyn Day, Thomas Day, Phyllis Ann Good, Colleen Jaeger, William Jaeger, Rebecca Kaspers, Carol McGrew, Angela Moneymaker, Donald Moneymaker, Jackie Parks, Steven Parks, Stephen Pepke, Tara Pepke, Donna Zaretzska. (Zoll, David) (Entered: 06/20/2014) |
| 06/30/2014 | 23 | REPLY to Response to Motion re 13 MOTION to Sever *Plaintiffs and Transfer Venue* filed by Howmedica Osteonics Corp.. (Rankin, W.) (Entered: 06/30/2014) |
| 07/21/2014 | 24 | Minute Entry for proceedings held before Magistrate Judge Philip M. Frazier: Scheduling and Discovery Conference held on 7/21/2014. The Court waives a settlement conference at this time and advises counsel that subsequent to ruling on the Motion to Sever, another discovery conference may be set upon request. The Joint Report of Parties is approved as submitted but the Court directs that it shall apply to all plaintiffs. Scheduling and Discovery Order to enter. (krm) (Entered: 07/23/2014) |
| 08/13/2014 | 25 | SCHEDULING AND DISCOVERY ORDER: Discovery to be completed by 8/7/2015. Dispositive Motions to be filed by 8/21/2015. Signed by Magistrate Judge Philip M. Frazier on 8/13/2014. (Attachments: # 1 Joint Report of Parties)(krm) (Entered: 08/13/2014) |
| 08/26/2014 | 26 | ADMINISTRATIVE ORDER 163 REASSIGNING CASE. Case reassigned to Judge Staci M. Yandle for all further proceedings. Chief Judge David R. Herndon no longer assigned to case. All future pleadings shall bear the case number 14-430-SMY/PMF. Signed by Chief Judge David R. Herndon on 8/21/2014. (jaj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/26/2014) |
| 09/09/2014 | 27 | ORDER RESETTING HEARINGS: In light of the recent case reassignment to Judge Staci M. Yandle, a Final Pretrial Conference is SET for 11/10/2015 at 9:30 AM and Jury Trial is RESET for 12/7/2015 at 9:00 AM in Benton Courthouse before Judge Staci M. Yandle. Signed by Judge Staci M. Yandle on 9/9/2014. (kek)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/09/2014) |
| 11/18/2014 | 28 | Joint MOTION for Protective Order by Howmedica Osteonics Corp.. (Rankin, W.) (Entered: 11/18/2014) |
| 11/21/2014 | 29 | PRETRIAL PROTECTIVE ORDER granting 28 Motion for Protective Order. Signed by Magistrate Judge Philip M. Frazier on 11/21/2014. (kls) (Entered: 11/21/2014) |
| 01/13/2015 | 30 | ORDER. The Court GRANTS Defendant's Motion to Sever Plaintiffs and |

| | | Transfer Venue (Doc. 13 ). Signed by Judge Staci M. Yandle on 1/13/15. (ajr) (Entered: 01/13/2015) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/13/2015 11:13:49 | | | |
| **PACER Login:** | uc1566:4269017:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:14-cv-00430-SMY-PMF |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |