# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00085-RM-NYW

THOMAS DAY,
TERRI LYN DAY,

    Plaintiffs,

v.

HOWMEDICA OSTEONICS CORP.,

    Defendant.

---

## ORDER

---

Magistrate Judge Nina Y. Wang

This civil action comes before the court on Defendant Howmedica Osteonics Corp.'s unopposed Motion to Vacate and Reset the Scheduling Conference. (Doc. #15). Pursuant to the Order Referring Case dated February 11, 2015 (Doc. #20) and the memorandum dated February 11, 2015 (Doc. #21), this matter was referred to this Magistrate Judge.

IT IS ORDERED that:

(1) Defendant's Motion to Vacate the March 20, 2015 Scheduling Conference is GRANTED.

(2) The Scheduling Conference is reset to **April 9, 2015 at 1:30 p.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED this 12th day of February, 2015.

                                                        BY THE COURT:

                                                        s/Nina Y. Wang
                                                        United States Magistrate Judge