## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00085-RM-NYW

THOMAS DAY, *et al.*,

Plaintiffs,

vs.

HOWMEDICA OSTEONICS CORP.,

Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant Howmedica Osteonics Corp.'s ("Defendant") Unopposed Motion to Vacate and Reset Hearing on Defenant's Motion to Temporarily Stay Discovery Pending Rulings on its Motion to Dismiss and Defendant's Motion to Dismiss First Amended Complaint, filed on June 25, 2015 [#45] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  Accordingly, the oral argument previously set for July 14, 2015 at 1:00 p.m. is hereby VACATED.  IT IS FURTHER ORDERED that the court will entertain argument on the underlying motion to dismiss and motion for stay on **August 6, 2015 at 10:00 a.m.**

DATED: June 26, 2015