IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-00085-RM-NYW | Date: | August 6, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| THOMAS DAY,<br>TERRI LYN DAY,<br><br>**Plaintiffs,**<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP.,<br><br>**Defendant.** | *James Griffin O'Brien*<br><br><br><br><br><br>*James Lee Gray*<br>*Kim M. Catullo*<br>*Maureen Reidy Witt*<br>*Paul Edward Asfendis* |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 10:00 a.m.

Appearance of counsel.

The court directs the clerk's office to amend the caption of this case to reflect the Day's as the only Plaintiffs. The corrected caption shall be <u>Day et al v. Howmedica Osteonics Corp.</u>

Discussion and argument held on Defendant Howmedica Osteonics Corp.'s Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) [34] filed May 22, 2015.

**ORDERED:   Defendant Howmedica Osteonics Corp.'s Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) [34] is TAKEN UNDER ADVISEMENT.**

Parties are advised of recommendation process and timing for objection.

Court in Recess: 10:46 a.m.        Hearing concluded.        Total time in Court:    00:46

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.